# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EPHRAIN JR. MARK MARCHAN, | ) |
| Petitioner, | ) |
| v. | ) No. 4:24-cv-00613-JAR |
| STATE OF FLORIDA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of Petitioner's pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241. The petition is defective because Petitioner has not paid the filing fee or filed a Motion to Proceed In Forma Pauperis and Affidavit in Support—Habeas Cases. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to Petitioner a copy of the Court's Motion to Proceed In Forma Pauperis and Affidavit in Support—Habeas Cases. (Form MOED-0038)

**IT IS FURTHER ORDERED** that Petitioner shall either pay the $5 filing fee or submit the Motion to Proceed In Forma Pauperis and Affidavit in Support—Habeas Cases within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if Petitioner does not comply with this Order, the Court will dismiss this action without prejudice.

Dated this 6th day of May, 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE