# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| EPHRAIN JR MARK MARCHAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:24-cv-00613-JAR |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of self-represented Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241. The Court lacks jurisdiction to grant the writ, and the petition will be denied.

A district court's jurisdiction over writs filed pursuant to 28 U.S.C. § 2241 is geographically limited to the judicial district in which petitioner's custodian is located. 28 U.S.C. § 2241(a); *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004). According to his petition, Petitioner is currently confined in The Republic of Trinidad and Tobago. Petitioner's custodian, therefore, is located within a foreign nation. Consequently, this United States District Court for the Eastern District of Missouri lacks jurisdiction to grant the writ. Rule 12(h)(3) of the Federal Rules of Civil Procedure requires that the Court dismiss any action over which it lacks jurisdiction.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 13th day of June, 2024.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE